Tillotson *against* Preston.

THIS was an action of *assumpsit.* The declaration, which was of *November* term, 1806, contained five counts for goods sold and delivered, &c. money had and received to the plaintiff's use, &c.

There was an imparlance to the first day of *February* term last, and the defendant pleaded, 1. *Non-assumpsit;* 2. That after the said supposed promises and undertakings, &c. to wit, on the 7th day of *January,* 1807, at, &c. he paid to the plaintiff the several sums of money mentioned in his declaration, &c. To this plea of payment the plaintiff demurred specially, for the following causes : 1. That the plea did not state that the payment was made since the last continuance, nor is it verified by affidavit : 2. That it does not allege that the defendant had paid to the plaintiff the interest or the costs of suit which had accrued prior to the time of payment, &c.

*Root* and *E. Williams,* argued in support of the demurrer.

*Griffin* and *Hopkins,* contra.

*Per Curiam.* The demurrer is not well taken. If the plaintiff has accepted the principal, he cannot afterwards bring an action for the interest. It is not a plea *puis darrein continuance,* but a regular plea of payment after an imparlance.

The plaintiff may withdraw the demurrer and reply, on payment of costs.

Where a declaration was of *November* term, 1806, and an imparlance over to *February* term, 1807, when the defendant pleaded, that on the 7th *January,* 1807, he paid the plaintiff the several sums of money, &c. the plea was held good, without stating that he had paid the interest and the costs which had accrued. If a party accepts the principal of his debt he cannot, afterwards, sue for the interest.